UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:18-cr-136 RLM |
| | ) | |
| KEVIN CLINTON | ) | |

ORDER

The court denied Kevin Clinton's first motion for compassionate release in light of the COVID-19 pandemic on July 28, 2020. [Doc. No. 92]. Mr. Clinton has now filed a second motion asking for compassionate release. The only new reasons Mr. Clinton provides that would justify granting him compassionate release are: (1) that he now has a newly discovered irregular heartbeat, and (2) he will turn 65 in February, meaning that he will be a member of the 65 and over statistical group that the CDC identifies as more likely to die from infection by COVID-19 than younger statistical groups. Mr. Clinton was fully vaccinated for COVID-19 in July 2021.

Mr. Clinton doesn't present any new evidence to find that there are extraordinary and compelling reasons that justify granting him compassionate release. *See* United States v. Broadfield, 5 F. 4th 801 (7th Cir. 2021). Accordingly, the court DENIES Mr. Clinton's second motion for compassionate release [Doc. No. 129].

SO ORDERED.

ENTERED:   December 22, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court

cc: K. Clinton